**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff,* | § § | Case No. 2:18-cv-00099-JRG-RSP |
| v. | § § | LEAD CASE |
| GLUX VISUAL EFFECTS TECH (SHENZHEN) CO., | § § § § | |
| LEYARD OPTOELECTRONIC CO. ET AL., | § § § § | Case No. 2:18-cv-00102-JRG-RSP MEMBER CASE |
| SHENZHEN LIANTRONICS CO., LTD. ET AL., | § § § § | Case No. 2:18-cv-00103-JRG-RSP MEMBER CASE |
| SHENZHEN AOTO ELECTRONICS CO., LTD., ET AL., | § § § § | Case No. 2:18-cv-00113-JRG-RSP MEMBER CASE |
| UNILUMIN GROUP CO., LTD. ET AL., | § § § | Case No. 2:18-cv-00116-JRG-RSP MEMBER CASE |
| *Defendants.* | § | |

## CONSOLIDATION ORDER

The Court **ORDERS** the District Clerk to consolidate case No. 2:18-cv-000102-JRG-RSP, 2:18-cv-00103-JRG-RSP, 2:18-cv-00113-JRG-RSP, and 2:18-cv-00116-JRG-RSP with lead case 2:18-cv-00099-JRG-RSP.

**SIGNED this 15th day of June, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE